

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2021

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.**, Ezra Alderman Ranches, Inc. and Union Pacific Railroad Company, Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

We grant Ezra Alderman Ranches, Inc.'s second unopposed motion for extension to file a motion for rehearing. We request a response to the motion and **order** the response must be filed by **October 8, 2021.** *See* TEX. R. APP. P. 49.2.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court